Certification filed January 6, 2022



## In The

# Eleventh Court of Appeals

Nos. 11-21-00145-CR & 11-21-00200-CR

## DANIEL RAY GARCIA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 106th District Court**
**Gaines County, Texas**
**Trial Court Cause Nos. 19-5086 & 16-4669**

### CERTIFICATION

I have reviewed the "Motion to Recuse the Justices of the 11th Court of Appeals" filed in this cause on December 15, 2021. To the extent the document seeks my recusal, I have reviewed the document in chambers. *See* TEX. R. APP. P. 16.3(b). I find no reason to recuse myself and, under Rule 16.3(b), certify the issue of my recusal to the entire court for a determination by the other justices of this court. *See Manges v. Guerra*, 673 S.W.2d 180, 185 (Tex. 1984); *McCullough v. Kitzman*, 50 S.W.3d 87, 88 (Tex. App.—Waco 2001, pet. denied).

W. STACY TROTTER
JUSTICE